IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIDO MOBILITY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-601 (RGA) |
| | ) |
| DOW JONES & COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this action is stayed until August 31, 2019, to provide the parties with time to finalize a settlement.

DEVLIN LAW FIRM LLC.

/s/ *Timothy Devlin*

Timothy Devlin (#4241)
1526 Gilpin Avenue
Wilmington, DE 19801
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

SO ORDERED this _____ day of July, 2019.

_____
District Court Judge