IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIDO MOBILITY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-601 (RGA) |
| | ) | |
| DOW JONES & COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims between the parties in the above captioned matter shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

DEVLIN LAW FIRM LLC.

*/s/ Timothy Devlin*

_____
Timothy Devlin (#4241)
1526 Gilpin Avenue
Wilmington, DE  19801
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

SO ORDERED this _____ day of September, 2019.

_____
United States District Court Judge